

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-22-00053-CR

Santiago **RODRIGUEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0863-CR-C
Honorable Daniel H. Mills, Judge Presiding

# O R D E R

On May 26, 2022, Appellant Santiago Rodriguez's court-appointed appellate counsel moved this court to abate this appeal for the trial court to appoint different appellate counsel. Current counsel states that her new role as Municipal Judge for the City of Fair Oaks Ranch, Texas, and her other responsibilities had made it impossible for her to continue as appellate counsel in this appeal. *See* TEX. R. APP. P. 6.5.

Counsel's motion is **granted**. We **abate** this appeal and **remand** the cause to the trial court to confirm that Appellant is indigent and wishes to proceed with this appeal, and if so, for the trial court to appoint replacement appellate counsel. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(d) ("An eligible indigent defendant is entitled to have the trial court appoint an attorney to represent him in . . . an appeal to a court of appeals . . . .").

We order the trial court to report its findings and actions regarding court-appointed appellate counsel to this court within **thirty days** of the date of this order.

All other appellate deadlines are **suspended** pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2022.



Michael A. Cruz,
Clerk of Court